**Affirmed and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

---

NO. 14-15-00314-CR
NO. 14-15-00315-CR
NO. 14-15-00316-CR

---

**RONNIE THIBODEAUX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Court Cause Nos. 12-13923, 12-14944, 15-21315**

---

## M E M O R A N D U M   O P I N I O N

Appellant appeals three convictions for driving while intoxicated. Appellant's appointed counsel filed a brief in each appeal which he concludes the appeal is wholly frivolous and without merit. Each brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced.

*See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

Copies of counsel's briefs and the appellate records were delivered to appellant. Appellant was advised of the right to file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have reviewed the records and counsel's briefs carefully and agree each appeal is wholly frivolous and without merit. Further, we find no reversible error in any of the records. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown

Do Not Publish — Tex. R. App. P. 47.2(b).